**Fill in this information to identify the case:**

Debtor 1 ___Josetta Herod___
First Name / Middle Name / Last Name

Debtor 2 _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of ILLINOIS

Case number (if known) __14 B 40230__

# Order on the Application to Have the Chapter 7 Filing Fee Waived

After considering the debtor's *Application to Have the Chapter 7 Filing Fee Waived* (Official Form B 3B), the court orders that the application is:

[ ] **Granted.** However, the court may order the debtor to pay the fee in the future if developments in administering the bankruptcy case show that the waiver was unwarranted.

[X] **Denied.** The debtor must pay the $335 filing fee according to the following terms:

| You must pay... | On or before this date... |
|---|---|
| $ 83.75 | 12/1/14 |
| $ 83.75 | 1/1/15 |
| $ 83.75 | 2/1/15 |
| + $ 83.75 | 3/1/15 |
| Total  $ 335.00 | |

If the debtor would like to propose a different payment timetable, the debtor must file a motion promptly with a payment proposal. The debtor may use *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A) for this purpose. The court will consider it.

The debtor must pay the entire filing fee before making any more payments or transferring any more property to an attorney, bankruptcy petition preparer, or anyone else in connection with the bankruptcy case. The debtor must also pay the entire filing fee to receive a discharge. If the debtor does not make any payment when it is due, the bankruptcy case may be dismissed and the debtor's rights in future bankruptcy cases may be affected.

[ ] **Scheduled for hearing.**

A hearing to consider the debtor's application will be held

on _____ at ____ AM / PM at _____
Month / day / year                              Address of courthouse

If the debtor does not appear at this hearing, the court may deny the application.

__11/21/14__       By the court: _____
Month / day / year                  United States Bankruptcy Judge

In re: **Rosetta Herron**
Case No. 14 B 40230

## ~~Letter~~ CERTIFICATE OF SERVICE

I, ~~Deborah~~ Smith, certify that on _Nov. 21, 2014_, caused to be served copies of the foregoing document to the following by electronic service through the Court's CM/ECF system or regular U.S. mail:

_____
Courtroom Deputy

### Electronic Service through CM/ECF System

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

R Scott Alsterda
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
Chapter 7 Trustee

### First Class Mail

**Rosetta Herron**
5932 S. Wabash Ave.
Chicago, Il 60637
Debtor